GERARD V. KASSABIAN, ESQ. (SBN 222703)
LAW OFFICES OF GERARD V. KASSABIAN
9440 S. Santa Monica Blvd., Suite 708
Beverly Hills, California 90210
Telephone: (310) 278-8001
Facsimile: (310) 278-0808
gerard@kassabianlaw.com

Attorney for Defendants
KAFCO Partnership

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| Carmen John Perri,<br><br>    Plaintiff,<br><br>v.<br><br>SUBWAY #51004-0, a business of unknown form; KAFCO PARTNERSHIP, A CALIFORNIA LIMITED PARTNERSHIP, a California limited partnership; and DOES 1-10, inclusive,<br><br>    Defendant. | CASE NO.: 2:18-CV-08302<br><br>[Honorable Dale S. Fisher]<br><br>**DEFENDANT KAFCO PARTNERSHIP'S ANSWER TO PETITIONER'S COMPLAINT FILED ON 02/19/17** |

    Defendant KAFCO PARTNERSHIP, A CALIFONRIA LIMITED PARTNERSHIP ("Kafco') answers the Complaint for Damages And Injunctive Relief For Violations of: American's With Disabilities Act; Unruh Civil Rights Act. ("Complaint"), and asserts separate and distinct affirmative defenses to the Complaint as follows:

## PARTIES

    1.    Kafco is without sufficient information to either admit or deny the allegations of paragraph 1 of the Complaint, and on that basis denies them.

2. Kafco is without sufficient information to either admit or deny the allegations of paragraph 2 of the Complaint, and on that basis denies them.

3. Kafco admits the allegations in paragraphs 3 to 6 inclusive of the Complaint.

4. Kafco is without sufficient information to either admit or deny the allegations of paragraph 7 of the Complaint, and on that basis denies them.

## JURISDICTION AND VENUE

5. Kafco is without sufficient information to either admit or deny the allegations of paragraphs 8 – 10 inclusive of the Complaint, and on that basis denies them.

## FACTUAL ALLEGATIONS

6. Kafco is without sufficient information to either admit or deny the allegations of paragraph 11 of the Complaint, and on that basis denies them.

7. Kafco admits the allegations in paragraph 12 of the Complaint.

8. Kafco is without sufficient information to either admit or deny the allegations of paragraphs 13 to 27 inclusive of the Complaint, and on that basis denies them.

## FIRST CAUSE OF ACTION
## VIOLATION OF THE AMERICANS WITH DISABILITIES ACT OF 1990

9. Kafco repleads and incorporates by reference, as if fully set forth again herein, the answers contained in all prior paragraphs of this Answer.

10. Kafco is without sufficient information to either admit or deny the allegations of paragraphs 29 – 33 inclusive of the Complaint, and on that basis denies them.

## SECOND CAUSE OF ACTION
## VIOLATION OF THE UNRUH CIVIL RIGHTS ACT

11. Kafco repleads and incorporates by reference, as if fully set forth again herein, the answers contained in all prior paragraphs of this Answer.

12. Kafco is without sufficient information to either admit or deny the allegations of paragraphs 35 to 37 of the Complaint, and on that basis denies them.

## FIRST AFFIRMATIVE DEFENSE
## (Failure to State a Claim for Relief)

13. As a first, separate and distinct affirmative defense to each and every claim for relief in the Complaint, Kafco alleges that the Complaint does not state facts sufficient to constitute a claim upon which relief can be granted against Kafco

## SECOND AFFIRMATIVE DEFENSE
## (Failure to Mitigate)

14. As a second, separate and distinct affirmative defense to each and every claim for relief in the Complaint, Kafco alleges that Plaintiff failed to mitigate its alleged damages, if any.

## THIRD AFFIRMATIVE DEFENSE
## (Laches)

15. As a third, separate and distinct affirmative defense to each and every claim for relief in the Complaint, Kafco alleges that Plaintiff failed to assert its claims against Kafco in a timely manner, and thus is barred by the doctrine of laches.

## FOURTH AFFIRMATIVE DEFENSE
## (Unclean Hands)

16. As a fourth, separate and distinct affirmative defense to each and every claim for relief in the Complaint, Kafco alleges that Plaintiff, by his acts and conduct is precluded from recovery herein under the doctrine of unclean hands.

## FIFTH AFFIRMATIVE DEFENSE
## (Estoppel)

17. As a fifth, separate and distinct affirmative defense to each and every claim for relief in the Complaint, Kafco alleges that Plaintiff, by his acts and conduct, is stopped from pursuing any claims against Kafco.

## SIXTH AFFIRMATIVE DEFENSE

(Acts/Omissions of Plaintiff)

18. As a sixth, separate and district affirmative defense to each and every claim for relief in the Complaint, Kafco alleges that if Plaintiff suffered or sustained any loss or damage, the same was directly, legally, and proximately caused and contributed by Plaintiff's own negligence and intentional conduct, acts, and/or omissions.

## SEVENTH AFFIRMATIVE DEFEFENSE

(Statute of Limitations)

19. As a seventh affirmative defense to each and every claim for relief in the Complaint, Kafco alleges that the Complaint is barred by the applicable statute of limitations in that Plaintiff has failed to pursue these Causes of Action within the time period allowed under the applicable statutes of limitations.

## PRAYER FOR RELIEF

WHEREFORE, Kafco prays for judgment as follows:

1. That Plaintiff take nothing by reason of the Complaint;
2. That the Court dismiss the Complaint and each purported cause of action thereof with prejudice;
3. That Kafco be awarded its attorneys' fees in defense of this action;
4. That Kafco be awarded its costs of suit incurred in defense of this action; and
5. For such other and further relief as the Court deems just and proper.

Dated: February 21, 2019
LAW OFFICES OF GARARD V. KASSABIAN

By: _____
Gerard V. Kassabian
Attorneys for Defendant
KAFCO PARTNERSHIP, A CALIFORNIA LIMITED PARTNERSHIP

# VERIFICATION

I have read the foregoing DEFENDANT KAFCO PARTNERSHIP, A CALIFORNIA LIMITED PARTNERSHIP and knows its contents.

☐ I am a party to this action. The matters stated in the foregoing document are true of my own knowledge except as to those matters which are stated on information and belief, and to those matters I believe them to be true.

☒ I am a party to this action, and am authorized to make this verification for and on its behalf, and I make this verification for that reason.

  ☒ I am informed and believe and on that ground allege that the matters stated in the foregoing document are true.

  ☐ The matters stated in the foregoing document are true of my own knowledge except as to those matters which are stated on information and belief, and as to those matters I believe them to be true.

☐ I am one of the attorneys for _____, a party to this action. Such party is absent from the county of aforesaid where such attorneys have their offices, and I make this verification for and on behalf of that party for that reason. I am informed and believe and on that ground allege that the matters stated in the foregoing document are true.

Executed on February 21, 2018, at Los Angeles, CA.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

_____
Kafco Partnership, a California Limited Partnership.